```
 1  GEORGE S. CARDONA
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    SHARLA CERRA (CSB #187176)
 4  Assistant United States Attorney
 5         Federal Building Suite 7516
           300 North Los Angeles Street
 6         Los Angeles, California
           Tel. 213 894-6117
 7         FAX:  213 894-7819
           Email:  Sharla.Cerra@usdoj.gov
 8
 9  Attorneys for Defendant MICHAEL J. ASTRUE,
10  Commissioner of Social Security
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARSON WALKER,                )<br>          Plaintiff,            )<br>     v.                         )<br>MICHAEL J. ASTRUE,             )<br>Commissioner of Social Security, )<br>          Defendant.            ) | Case No.: EDCV 07-00163 PJW<br><br>**ORDER OF REMAND** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

Dated:  9/10/07

*Patrick J. Walsh*

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-