1 GEORGE S. CARDONA
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
SHARLA CERRA (CSB #187176)
4 Assistant United States Attorney
    Federal Building Suite 7516
5     300 North Los Angeles Street
    Los Angeles, California
6     Tel. 213 894-6117
    FAX: 213 894-7819
7     Email: Sharla.Cerra@usdoj.gov

8 Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARSON WALKER, | Case No.: EDCV 07-00163 PJW |
| Plaintiff, | |
| v. | **JUDGMENT FOR REMAND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: 9/10/07

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-